JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Terri Robinson<br><br>                    Plaintiff,<br><br>v.<br><br>Johnson and Johnson Consumer, Inc. et al<br><br>                    Defendants. | Case No.  CV 16-08410-AB (AFMx)<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  September 19, 2017

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE